**Denied and Opinion Filed February 5, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00103-CV

### IN RE TERRENCE M. GORE, Relator

**Original Proceeding from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF12-12707-Y**

## MEMORANDUM OPINION

Before Justices Bridges, Lang-Miers, and Myers
Opinion by Justice Myers

Relator contends that the trial court clearly abused its discretion in issuing temporary orders and holding relator in contempt in the cause below. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

140103F.P05

/Lana Myers/
LANA MYERS
JUSTICE